# Court of Appeals
# of the State of Georgia

ATLANTA, __December 08, 2022__

*The Court of Appeals hereby passes the following order:*

## A22A1705. LIGHT/LAND, LLC v. LOWTHER.

We granted Light/Land LLC's application for interlocutory appeal from the denial of its motion for summary judgment. Upon further review, however, we conclude that the application was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/08/2022__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*